fenses of which he was convicted. This Court has already rejected the identical contention raised herein upon a previous appeal filed by the appellant. Henley v. United States, 5th Cir. 1970, 433 F.2d 960. Accordingly, the district court's denial of relief is affirmed.[1]

**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Michael HENLEY, Defendant-Appellant.**

**No. 71-1557.**

United States Court of Appeals,
Fifth Circuit.

Sept. 16, 1971.

Michael Henley, in pro. per.

Robert W. Rust, U. S. Atty., Miami, Fla., for plaintiff-appellee.

Before COLEMAN, SIMPSON and MORGAN, Circuit Judges.

PER CURIAM:

This appeal from the district court's denial of Henley's Rule 35, F.R.Cr.P., motion challenges that Court's imposition of consecutive sentences for the of-

**Charles A. DUN LEAVAY,**
**Plaintiff-Appellant,**

v.

**ROCKEFELLER CENTER, INC., et al.,**
**Defendants-Appellees.**

**No. 34, Docket 71-1386.**

United States Court of Appeals,
Second Circuit.

Argued Sept. 16, 1971.

Decided Sept. 16, 1971.

Charles A. Dun Leavay, pro se.

John M. Friedman, New York City, for defendants-appellees.

Before KAUFMAN, ANDERSON and FEINBERG, Circuit Judges.

PER CURIAM:

The judgment of the court below is affirmed.

---

1. It is appropriate to dispose of this pro se case summarily, pursuant to this Court's local Rule 9(c) (2), appellant having failed to file a brief within the time fixed

by Rule 31, Federal Rules of Appellate Procedure. Kimbrough v. Beto, Director, 5th Cir. 1969, 412 F.2d 981.